**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**UNITED STATES OF AMERICA,**

**VS.**                                                    **CRIMINAL ACTION NO. 1:06CR74**

**SHARON SMITH,**                                                   **DEFENDANT.**

## ORDER

This matter comes before the court upon Defendant Sharon Smith's Motion for Leave to Withdraw Plea of Guilty [127-1]. After due consideration of the motion and the response filed thereto, the court finds as follows, to-wit:

For the same reasons discussed by the Government in their response, which the court adopts and incorporates herein, the motion to withdraw the guilty plea should be denied.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Defendant Sharon Smith's Motion for Leave to Withdraw Plea of Guilty [127-1] is **DENIED**.

**SO ORDERED** this the 12th day of December, A.D., 2006.

                                                                      /s/ W. Allen Pepper, Jr.
                                                                      W. ALLEN PEPPER, JR.
                                                                      UNITED STATES DISTRICT JUDGE