# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

SHARON SMITH                                                     PETITIONER

V.                                                        NO. 1:06CR074-WAP

UNITED STATES OF AMERICA                                        RESPONDENT

## FINAL JUDGMENT

In accordance with the opinion issued this day,

1. The Petitioner's Motion for Restitution Relief (docket entry 264) is hereby DENIED; and

2. this matter is CLOSED.

**IT IS SO ORDERED.**

THIS the 21st day of July, 2009.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE